

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LINDA MINDRUTIU<br>Assistant Corporation Counsel<br>phone: (212) 356-2337<br>fax: (212) 356-3509<br>email: lmindrut@law.nyc.gov |

June 9, 2016

**BY ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Blount v. City of New York, et al.</u>, 15CV5599-PKC-JO

Dear Judge Chen:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. I write on behalf of the parties to provide a status report pursuant to Your Honor's May 18, 2016 Order.

By way of background, plaintiff alleges, *inter alia*, that he was falsely arrested on five separate incidents for marijuana sales and assaulted on two of the incidents. Discovery is set to close on July 29, 2016. The parties have been diligently conducting discovery in this matter. Defendants have obtained—after some delay—all of the Criminal Court and District Attorney files related to the five arrests and turned them over the plaintiff, along with various arrest-related documents. Defendants have responded to plaintiff's first set of Interrogatories and Document Requests. Defendants will produce documents concerning the individual defendant officers (such as, for example certain disciplinary information) upon execution of a confidentiality stipulation and order. Plaintiff has also responded to Defendants' Interrogatories and Document Requests. Additionally, the parties have (i) scheduled the depositions of four non-party officers for June 23, 2016 and June 30, 2016 and (ii) decided on nine dates during the month of July on which to conduct the depositions of the four defendant officers, the plaintiff, and various third parties. Plaintiff has served a second set of Interrogatories and Document

Requests on defendants. The parties are working to resolve any outstanding discovery issues concerning the individual officers prior to their depositions, and are optimistic they can do so without the Court's intervention.

The parties have also discussed settlement. Plaintiff made a demand early in this litigation, however defendants were awaiting medical records and documents from the criminal courts and district attorney's offices related to the arrests before formulating a settlement position. For a number of reasons, including the discovery conducted thus far, plaintiff's criminal history, and the circumstances of plaintiff's five arrests, defendants have determined that a settlement is not possible at this time.

Thank you for your consideration.

Respectfully submitted,

/s/

Linda Mindrutiu
Assistant Corporation Counsel
Special Federal Litigation Division

BY ECF
Kim Richman
Javier Hidalgo